CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

HECTOR HSU (SBN 323657)
Email: hhsu@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, CA 90248
Telephone: (310) 769-6836
Attorney for Defendants
Tay Tu Ly; Mui Loc Sen and Minhpan Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>TAY TU LY;<br>MUI LOC SEN;<br>MINHPAN CORPORATION, a California Corporation<br><br>    Defendants. | Case: 2:22-cv-02361-RGK (GJSx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 20, 2022            CENTER FOR DISABILITY ACCESS

                                                            By: /s/ Amanda Seabock
                                                                Amanda Seabock
                                                                Attorneys for Plaintiff

Dated: October 20, 2022            LAW OFFICES OF ALBERT CHANG

                                                            By: /s/ Hector Hsu
                                                                Hector Hsu
                                                                Attorney for Defendants
                                                                Tay Tu Ly; Mui Loc Sen and Minhpan Corporation

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Hector Hsu, counsel for Tay Tu Ly; Mui Loc Sen and Minhpan Corporation, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 20, 2022            CENTER FOR DISABILITY ACCESS

                       By: /s/ Amanda Seabock
                           Amanda Seabock
                           Attorneys for Plaintiff